Deposition of Barbara Petkovic, DPM, taken March 17, 2017

## Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

HENRIETTA WILSON, et al.,   )
                            )
     Plaintiffs,   )
vs.                ) Case No. 1:16-CV-1298
                   ) Judge Gwin
PRIMESOURCE HEALTH CARE OF  )
OHIO, INC., et al.,         )
                            )
     Defendants.   )

- - - - -

THE DEPOSITION OF BARBARA PETKOVIC, DPM
FRIDAY, MARCH 17, 2017

- - - - -

The deposition of BARBARA PETKOVIC, DPM, called by the Plaintiffs for examination pursuant to the Federal Rules of Civil Procedure, taken before me, the undersigned, Lynn A. Regovich, Notary Public within and for the State of Ohio, taken at The Spitz Law Firm, 25200 Chagrin Boulevard, Suite 200, Cleveland, Ohio, commencing at 10:00 a.m., the day and date above set forth.

## Page 2

1  APPEARANCES:
2     On behalf of the Plaintiffs:
3        Brian D. Spitz, Esq.
         Christopher Wido, Esq.
4        The Spitz Law Firm
         25200 Chagrin Boulevard, Suite 200
5        Cleveland, Ohio  44122
         216.291.4744
6        brian.spitz@spitzlawfirm.com
         chris.wido@spitzlawfirm.com
7
8     On behalf of the Defendant
      PrimeSource Health Care of Ohio, Inc.:
9
         Rachelle Kuznicki Zidar, Esq.
10       Wickens, Herzer, Panza, Cook, Batista
         35765 Chester Road
11       Avon, Ohio  44011
         440.695.8096
12       rzidar@wickenslaw.com
13
      On behalf of the Witness:
14
         Barry Y. Freeman, Esq.
15       Buckingham, Doolittle & Burroughs
         1375 E. 9th Street, Suite 1700
16       Cleveland, Ohio  44114
         216.621.5300
17       bfreeman@bdblaw.com
18
   ALSO PRESENT:
19
         Bobbie Richey, via speakerphone
20
21
22
23
24
25

## Page 3

1        BARBARA PETKOVIC, DPM DEPOSITION INDEX
2     EXAMINATION BY:              PAGE NO.
      MR. SPITZ         ..................     4
3
4     EXHIBIT NO.                  PAGE NO.
         1              ..................    31
5        2              ..................    74
6
7
...

## Page 4

1           BARBARA PETKOVIC, DPM
2   of lawful age, called by the Plaintiffs for
3   examination pursuant to the Federal Rules of Civil
4   Procedure, having been first duly sworn, as
5   hereinafter certified, was examined and testified
6   as follows:
7           EXAMINATION OF BARBARA PETKOVIC, DPM
8   BY MR. SPITZ:
9   Q   All right.  State your name for the record,
10      please.
11  A   Barbara Petkovic.
12  Q   Can I call you Barbara?
13  A   Just Barb.
14  Q   Barb?
15  A   Uh-huh.
16  Q   Can you spell Petkovic for the record?
17  A   P E T K O V I C.
18  Q   Barb, have you ever had your deposition taken
19      before today?
20  A   Huh-uh.
21  Q   You have to answer out loud.
22  A   Sorry.  No.
23  Q   Thank you.  Please give me verbal answers.  Yes
24      or no instead of uh-huhs, yeahs, nahs.  No
25      shaking of head or gestures.  You have to let

Deposition of Barbara Petkovic, DPM, taken March 17, 2017

Page 65

1  MS. ZIDAR: Objection.
2  A  Uh-huh.
3  Q  Yes?
4  A  Yes.
5  Q  Have you made complaints that weren't relevant
6     to this case?
7  A  Yeah.
8  Q  So how did Miss Richey know which complaints
9     you were going to testify about?
10    MS. ZIDAR: Objection.
11    MR. FREEMAN: Objection.
12    Foundation. Assuming facts not in evidence.
13    Go ahead.
14 A  I don't know if she does.
15 Q  Going back to Exhibit 1, she told you that
16    there's an attorney representing -- there's an
17    attorney representing PrimeSource, right?
18 A  I knew.
19 Q  Okay.
20 A  She didn't -- I don't think she told me, did
21    she?
22    MR. FREEMAN: Put on your
23    glasses.
24    MR. WIDO: Maybe we
25    should take a quick break.

Page 66

1  MR. SPITZ: Just one
2     second.
3  A  Yeah.
4  Q  What?
5  A  In here, yeah.
6  Q  That's a yes?
7  A  Yes.
8  Q  I'm just trying to be -- the record has to be
9     clear. You're saying yeah a lot. So I need it
10    to be a yes or a no.
11 A  Uh-huh.
12 Q  Yes?
13 A  Yes.
14 Q  Thank you.
15    And Miss Richey identified Mr. Freeman as
16    the attorney, correct?
17 A  Yes.
18 Q  And she said, Mr. Freeman in his capacity as
19    the attorney for PrimeSource would be
20    contacting you as a witness, correct?
21 A  I don't remember she said that.
22    MR. FREEMAN: Objection.
23 Q  Look at the e-mail.
24    MR. FREEMAN: Objection.
25    Misstating the record, but go ahead.

Page 67

1  Q  The e-mail says you're willing to be -- you've
2     offered to be a witness, right?
3  A  Yes.
4  Q  And then it says, I'm going to have our
5     attorney, Barry Freeman, call you?
6  A  We talked --
7     MR. FREEMAN: Objection.
8     That's not what it says.
9  Q  Does it say, "I have provided your cell phone
10    number to the attorney representing us in this
11    matter." Does it say that?
12 A  Yes.
13 Q  From the fact that your cell phone was provided
14    to the attorney, did you expect him to call
15    you?
16    MR. FREEMAN: You can answer
17    that.
18 A  I didn't know about the e-mail until I searched
19    for it.
20 Q  Okay. Would you agree with me that it's a fair
21    reading from this e-mail that I provided your
22    cell phone number to the attorney representing
23    us in this matter that that is to communicate
24    to you that you should be expecting a call from
25    him?

Page 68

1  MS. ZIDAR: Objection.
2  MR. FREEMAN: Objection.
3  Foundation. Calls for speculation and contrary
4  to the testimony she just gave you. Go ahead.
5  A  After all that I don't remember what you said.
6  Q  When somebody says, I've given -- when we say
7     this to somebody, I'm willing to be a witness,
8     and they say in response, I've given your cell
9     phone number to an attorney, does that let you
10    know that you should be expecting a call from
11    the attorney?
12 A  If I had seen the e-mail before, I would have
13    thought that, but I did not.
14    MR. SPITZ: Thank you.
15    That's all I wanted to know. Okay. We'll take
16    a break now.
17    (Recess taken.)
18    MR. FREEMAN: Given the
19    position that's been taken today, and because
20    at their depositions Dean, Dougherty, Damink
21    indicated that they were not being represented
22    by you and unless Miss Lyons is being
23    represented by you then I'm going to expect all
24    e-mails and communications between you guys and
25    those witnesses, which should have been

17 (Pages 65 to 68)

Deposition of Barbara Petkovic, DPM, taken March 17, 2017

Page 69

1  produced long ago.
2       MR. WIDO: We don't have
3  any. So Henrietta did all the, yeah, so you
4  know.
5       MR. SPITZ: We don't have
6  to get into it. There's no --
7       MR. FREEMAN: Okay. All
8  right. Okay.
9       (Off the record.)
10      MR. FREEMAN: Since counsel
11 has indicated that the communications were done
12 through the intermediary of Henrietta Wilson,
13 then Henrietta Wilson has those documents and
14 they should have been produced.
15      MR. WIDO: I don't know
16 that she has those documents.
17      MR. FREEMAN: Then you
18 should have found out. They got to these
19 witnesses some way, not by magic.
20      MR. SPITZ: Hey, we're not
21 having these conversations on the record.
22      (Off the record.)
23 BY MR. SPITZ:
24 Q Ma'am, have you ever expressed displeasure
25   about PrimeSource?

Page 70

1  A Yes.
2  Q Would you go so far as to say you hate them?
3  A I don't know. I mean, every company people
4    complain, that's pretty normal.
5  Q My question is have you gone so far as to say
6    that you hate PrimeSource?
7  A I may have. Doesn't mean I do now.
8  Q You filed a qui tam action?
9  A Qui tam. Yes, I did.
10 Q Who did you file that against?
11 A On Health Care -- it was mobile -- Mobile
12   Medical at the time. It's a different name.
13   It was on health care -- on-site medical care
14   when I worked there.
15 Q Same type of business that PrimeSource does?
16 A Yes, it is.
17 Q And there's not a lot of companies that do
18   that, correct?
19 A I think there's a few.
20 Q Can you identify any others?
21 A There's one in Sylvania, Ohio, I can't remember
22   the name. Mobile care group. But they also
23   have additional services. And there's like a
24   couple I think down south, but I don't know
25   much about them.

Page 71

1  Q Have you sought to get work from any others?
2  A Yeah. Uh-huh.
3  Q Which ones?
4  A I don't remember. Probably -- any one I felt I
5    could drive to, not too far away.
6  Q In the last three years have you sought to get
7    any work from any other mobile health care
8    providers?
9  A In the past three years.
10 Q Who?
11 A Yes, because PrimeSource was gone.
12 Q So who --
13 A One in Pennsylvania that actually got bought by
14   the one I had turned in, so that didn't work
15   out.
16 Q So you weren't hired because of --
17 A No, they did hire me.
18 Q Okay.
19 A But then the other one bought them.
20 Q And you were fired?
21 A I never got started, so.
22 Q Did they tell you not to start or did you
23   decide not to start?
24 A It was kind of mutual. I'm not going to work
25   for them.

Page 72

1  Q You kept a journal regarding qui tam
2    violations, qui tam violations?
3  A No. What kind of journal?
4  Q Of all the problems that you observed.
5  A Where? No.
6       MR. FREEMAN: Just answer
7  the question. You don't need to be asking him
8  questions.
9       THE WITNESS: Okay.
10 Q Have you ever threatened to sue PrimeSource?
11 A I thought about it because I was mad, but I
12   can't do it. I just can't go through that
13   again. It's horrible.
14 Q Who did you threaten to sue PrimeSource to?
15 A I don't remember.
16 Q Okay.
17 A I didn't threaten to sue them. I probably said
18   something stupid. That's not a threat.
19 Q Well, what did you say?
20 A I don't know.
21 Q Who did you say it to?
22 A I was angry. I don't know.
23 Q Was it a manager?
24 A Huh-uh. I don't think so.
25 Q You told Miss Richey that you had a claim

Deposition of Barbara Petkovic, DPM, taken March 17, 2017

Page 93

THE STATE OF        )
                    ) SS:
COUNTY OF           )

Before me, a Notary Public in and for said state and county, personally appeared the above-named BARBARA PETKOVIC, DPM, who acknowledged that she did sign the foregoing transcript and that the same is a true and correct transcript of the testimony so given.

IN TESTIMONY WHEREOF, I have hereunto affixed my name and official seal at _____ this _____ day of _____, 2017.

BARBARA PETKOVIC, DPM

_____
Notary Public
My Commission expires:

lar

Page 94

DEPOSITION ERRATA SHEET

Page No.    Line No.    Change to:

Reason for change:
Page No.    Line No.    Change to:
Reason for change:
Page No.    Line No.    Change to:

Reason for change:
Page No.    Line No.    Change to:
Reason for change:
Page No.    Line No.    Change to:

Reason for change:
Page No.    Line No.    Change to:
Reason for change:
Page No.    Line No.    Change to:

Reason for change:
Page No.    Line No.    Change to:
Reason for change:
Page No.    Line No.    Change to:

Reason for change:
Page No.    Line No.    Change to:
Reason for change:
Page No.    Line No.    Change to:

Reason for change:
Page No.    Line No.    Change to:
Reason for change:
Page No.    Line No.    Change to:

Reason for change:
Page No.    Line No.    Change to:
Reason for change:
Page No.    Line No.    Change to:

Reason for change:

SIGNATURE:_____    DATE:_____
BARBARA PETKOVIC, DPM