**Barry Y. Freeman**
Partner
**Buckingham, Doolittle & Burroughs, LLC**
1375 E. 9th Street, Suite 1700
Cleveland, OH 44114

d: 216.736.4223
f: 216.615.3023
c: 216.410.2844

bfreeman@bdblaw.com
**bdblaw.com**



Download my VCard
View my Biography

**Privacy Notice**

---

**From:** Chris Wido [mailto:Chris.Wido@spitzlawfirm.com]
**Sent:** Monday, April 03, 2017 10:36 AM
**To:** Barry Freeman
**Cc:** Gail Richards; Sally Kapcar; Brian Spitz; Andy Pullekins
**Subject:** RE: CL2-#460438-v2-Responses_to_5th_Set_of_RFPs - Discovery Dispute

Barry,

1. I am going to have Henrietta bring in her cell phone so we can try to pull any text that may exist.
2. We are not going to produce our communications with Henrietta. Feel free to brief it.
3. Please provide dates you will be available for Mr. Utreras' deposition in Chicago. For now, I am thinking 4/19 since we have to be there anyways for a CMC in the Illinois case. However, my local counsel says they court may move the date since Defendants have waived service, and their answer is not due until 4/24.

All the best,

*Chris Wido*

Chris P. Wido
**THE SPITZ LAW FIRM, LLC**
**The Employee's Attorney.**™
The WaterTower Plaza
25200 Chagrin Blvd, Suite 200
Beachwood Ohio, 44122
Phone: (216) 291-4744 x 130
Fax: (216) 291-5744

**CallTheRightAttorney.com**