**To:** 'Chris Wido'
**Cc:** DeLuca, Amy L.; Zidar, Rachelle; Amanda M. Gatti; Gail Richards; Sally Kapcar
**Subject:** FW: Henrietta Wilson Text Messages and Emails

Dear Chris:

Thanks for sending. Would you kindly resend the 11/30/16 email to Linda Daugherity since some of the message appears to be cutoff ("I will send you...you had to spend") and the "Henrietta Letter" attachment to the 8/16/16 DeMink email? Thanks,

Barry

---

**From:** Chris Wido [mailto:Chris.Wido@spitzlawfirm.com]
**Sent:** Tuesday, April 18, 2017 4:35 PM
**To:** Barry Freeman; 'DeLuca, Amy L.'
**Subject:** Henrietta Wilson Text Messages and Emails

Counselors,

Please find attached all known communications Henrietta had with Wanice Dean, Linda Daugherty, and Raechal DeMink. Henrietta does not believe she communicated with any opt-ins via text or email, and none could be located on her phone or in her email accounts.

All the best,

*Chris Wido*

Chris P. Wido
**THE SPITZ LAW FIRM, LLC**
**The Employee's Attorney.™**
The WaterTower Plaza
25200 Chagrin Blvd, Suite 200
Beachwood Ohio, 44122
Phone: (216) 291-4744 x 130
Fax: (216) 291-5744

# CallTheRightAttorney.com

Please Read: <u>Why Are Ohio Law Makers Making It Easier For Your Boss To Discriminate And Sexually Harass You? Our Lawyers Need Your Help To Stop Them!</u>

Attention: Privileged and/or confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient, you may not use, copy, distribute or deliver this message (or any part of its contents) to anyone or take any action in reliance on it. If you are not the intended recipient, you should destroy this message, and notify The Spitz Law Firm immediately by e-mail and/or telephone.



# Re: Dean Affidavit.docx

December 05, 2016 at 7:41 AM

From Wanice

To Henrietta Wilson

Can you have him call me after 5pm central today so we can discuss what I would like to change afterwards I can adjust and get notarized.

Sent from my iPhone

> On Nov 28, 2016, at 7:22 PM, Henrietta Wilson <henrietta.wilson15@icloud.com> wrote:
>
> If you agree, can you sign and get the affidavit notarized, he said if you need to change anything that's wrong feel free, but he wants to see what was change before you sign. Pleased thank you
>
> <Dean Affidavit.docx>
>
> Sent from my iPhone

# RE: Letter from formal manager 10 months

November 30, 2016 at 10:54 AM

From Chris Wido

To Henrietta Wilson

📎 Daugherity Affidavit.docx 24.4 KB

---

Henrietta,

Please see if you can get this signed and notarized by Ms. Daugherity.

All the best,

*Chris Wido*

Chris P. Wido
**THE SPITZ LAW FIRM, LLC**
**The Employee's Attorney.**™
The WaterTower Plaza
25200 Chagrin Blvd, Suite 200
Beachwood Ohio, 44122
Phone: (216) 291-4744 x 130
Fax: (216) 291-5744

## CallTheRightAttorney.com

Please Read: Why Are Ohio Law Makers Making It Easier For Your Boss To Discriminate And Sexually Harass You? Our Lawyers Need Your Help To Stop Them!

Attention: Privileged and/or confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient, you may not use, copy, distribute or deliver this message (or any part of its contents) to anyone or take any action in reliance on it. If you are not the intended recipient, you should destroy this message, and notify The Spitz Law Firm immediately by e-mail and/or telephone.

---

**From:** Henrietta Wilson [mailto:henrietta.wilson15@icloud.com]
**Sent:** Tuesday, November 29, 2016 5:29 PM
**To:** Chris Wido <Chris.Wido@spitzlawfirm.com>
**Subject:** Letter from formal manager 10 months


Sent from my iPhone

Begin forwarded message:

> **From:** Henrietta Wilson <henrietta.wilson15@icloud.com>
> **Date:** September 14, 2016 at 7:27:53 AM EDT
> **To:** jen@spitzlawfirm.com

**Cc:** Henrietta Wilson <henrietta.wilson15@icloud.com>
**Subject: PrimeSource Healthcare letter from former manager**

Sent from my iPhone

Begin forwarded message:

> **From:** Linda Daugherity <ldaugherity@gmail.com>
> **Date:** September 13, 2016 at 10:09:52 PM EDT
> **To:** henrietta.wilson15@icloud.com
> **Subject: PrimeSource Healthcare**
>
> To Whom it May Concern:
>
> My name is Linda Daugherity. I was a dental manager at PrimeSource for 10 months with Henrietta Wilson as part of the dental field team. Henrietta spent most of her days working over 8 hours in the field, including weekends. Her day did not end when she left a nursing home facility. She put in additional hours at home each night sterilizing equipment, preparing prosthetics for shipment and delivery, and completing paperwork, to name a few tasks. Henrietta, and other field staff, brought this to the attention of the managers and directors in the corporate office on a consistent basis, but to no avail. Even after numerous complaints, the expectations of directors and above did not change.
>
> Please feel free to contact me with any additional questions.
>
> Thank you,
> Linda Daugherity
> ldaugherity@gmail.com
> 847.302.4795

**Daugherity Affidavit**
24.4 KB

Download **Open in Pages**



Linda we need for you to sign this affidavit and have it notarized, I will send you you had to spend. Thank you Henrietta Wilson

Sent from my iPhone



Text Message
Wed, Feb 8, 1:27 PM

> Girl 😀 I know we can't talk about the case, but I'll tell how how I feel about meeting with that Barry guy today. I feel raped. While Bobbie and Dave watched

Wow, Reachel what happened

> I feel like I can't say until this is over. I don't want either of us to get in trouble

> I hate that Barry guy, and I hate Bobbie and Dave

Me to, what did he do to you

Are u ok, and yes we can talk about the case

> I'm okay. Just mad at them

Wed, Feb 8, 5:08 PM