# Gail Richards

| | |
|---|---|
| **From:** | Barry Freeman |
| **Sent:** | Monday, April 24, 2017 7:50 PM |
| **To:** | 'Chris Wido' |
| **Cc:** | Brian Spitz; Amanda M. Gatti; Gail Richards |
| **Subject:** | RE: Henrietta Wilson Text Messages and Emails |
| **Attachments:** | Mail - wilsotimo@hotmail.pdf; iCloud Mail - Re_ Dean Affidavit.pdf; Mail - wilsotimo@hotmail2.pdf; iCloud Mail - RE_ Letter from formal manager 10 months.pdf |

The first attachment "Linda we need you to sign" from "wilsontimo@ Hotmail" identifies "Daugherity Affidavit.docx" as an attachment. Where is it?

The next attachment "Re: Dean Affidavit.docx" shows "Dean Affidavit.docx" as an attachment. Where is it?

The third attachment "Revised Letter" from wilsontimo@hotmail.com lists "Henrietta Letter.docx" and "ATT00001.txt" as attachments. Where are they?

The last attachment "Letter from formal manager 10 months" lists "Daugherity Affidavit". Where is it?

Hope this clarifies,

Barry

---

**From:** Chris Wido [mailto:Chris.Wido@spitzlawfirm.com]
**Sent:** Monday, April 24, 2017 7:40 PM
**To:** Barry Freeman
**Cc:** Brian Spitz
**Subject:** RE: Henrietta Wilson Text Messages and Emails

Barry,

I have given you everything she has. I am not sure what else you are looking for. I am not trying to be difficult but you asked for all communications and that is what we have you.

Chris

Get Outlook for Android

---

**From:** Barry Freeman <bfreeman@bdblaw.com>
**Sent:** Monday, April 24, 2017 7:37:34 PM
**To:** Chris Wido

1

**Cc:** 'DeLuca, Amy L.'; 'Zidar, Rachelle'; Amanda M. Gatti; Gail Richards; Sally Kapcar
**Subject:** RE: Henrietta Wilson Text Messages and Emails

Actually, Chris, please provide ALL the attachments, including the text attached to the 8/16/16 email.

Gail: Please docket for 5/1.

Thanks,

Barry



**Barry Y. Freeman**
**Partner**
**Buckingham, Doolittle & Burroughs, LLC**
1375 E. 9th Street, Suite 1700
Cleveland, OH 44114

d:  216.736.4223
f:  216.615.3023
c:  216.410.2844

bfreeman@bdblaw.com
bdblaw.com



Download my VCard
View my Biography

**Privacy Notice**

---

**From:** Barry Freeman
**Sent:** Monday, April 24, 2017 8:04 AM
**To:** 'Chris Wido'
**Cc:** DeLuca, Amy L.; Zidar, Rachelle; Amanda M. Gatti; Gail Richards; Sally Kapcar
**Subject:** FW: Henrietta Wilson Text Messages and Emails

Dear Chris:

Thanks for sending. Would you kindly resend the 11/30/16 email to Linda Daugherity since some of the message appears to be cutoff ("I will send you...you had to spend") and the "Henrietta Letter" attachment to the 8/16/16 DeMink email? Thanks,

Barry

---

**From:** Chris Wido [mailto:Chris.Wido@spitzlawfirm.com]
**Sent:** Tuesday, April 18, 2017 4:35 PM

**To:** Barry Freeman; 'DeLuca, Amy L.'
**Subject:** Henrietta Wilson Text Messages and Emails

Counselors,

Please find attached all known communications Henrietta had with Wanice Dean, Linda Daugherty, and Raechal DeMink. Henrietta does not believe she communicated with any opt-ins via text or email, and none could be located on her phone or in her email accounts.

All the best,

*Chris Wido*

Chris P. Wido
**THE SPITZ LAW FIRM, LLC**
The Employee's Attorney.™
The WaterTower Plaza
25200 Chagrin Blvd, Suite 200
Beachwood Ohio, 44122
Phone: (216) 291-4744 x 130
Fax: (216) 291-5744

## CallTheRightAttorney.com

Please Read: <u>Why Are Ohio Law Makers Making It Easier For Your Boss To Discriminate And Sexually Harass You? Our Lawyers Need Your Help To Stop Them!</u>

Attention: Privileged and/or confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient, you may not use, copy, distribute or deliver this message (or any part of its contents) to anyone or take any action in reliance on it. If you are not the intended recipient, you should destroy this message, and notify The Spitz Law Firm immediately by e-mail and/or telephone.