# Amanda M. Gatti

| | |
|---|---|
| **From:** | Raechel deMink <raechel.red@gmail.com> |
| **Sent:** | Tuesday, April 25, 2017 1:51 PM |
| **To:** | Amanda M. Gatti |
| **Subject:** | Fwd: Texts |
| **Attachments:** | image7.PNG; image8.PNG; image9.PNG; image10.PNG; image11.PNG; image12.PNG; image13.PNG |
| **Categories:** | Billed |

Hi Amanda,

Here are the text messages between Henrietta and I.

Raechel

●●○○○ Verizon  5:47 PM



Henrietta

Text Message
Wed, Feb 8, 1:27 PM

> Girl 💀 I know we can't talk about the case, but I'll tell how how I feel about meeting with that Barry guy today. I feel raped. While Bobbie and Dave watched

Wow, Reachel what happened

> I feel like I can't say until this is over. I don't want either of us to get in trouble

> I hate that Barry guy, and I hate Bobbie and Dave

Me to, what did he do to you

Are u ok, and yes we can talk about the case

> I'm okay. Just mad at them

Wed, Feb 8, 5:08 PM

Call me, when u can I'm off work

●●○○○ Verizon  5:48 PM



Henrietta



Fri, Feb 10, 6:07 AM

> So I sent my friend Tom the Chicago tribune article about prime source closing....here, this one



**More than 150 laid off in Buffalo Grove as PrimeSource Health Care Systems closes**
chicagotribune.com

> And asked if it was true. He said: "Yes and no. Primesource did close because they guy who bought it out didnt want anything to do with possible lawsuites against dave. After that happened everyone was rehired under a new company called seniorwell"

> I want to protect him, I don't want

    

••ooo Verizon 5:48 PM

**Henrietta**

> I want to protect him, I don't want him getting in trouble or being dragged in. But that's kind of a big deal

That's ok cuzwe have that information already

My attorney get it out of buddy Richie lying ass

Let's not text or email about this case we will only talk about it over the phone love you Rachel have a great day

You didn't say love you back Henrietta

Lmao

> Haha okay, love ya too!

> I didn't mean for it to be a case thing just thought it was interesting, but still. Yes ma'am!

Tue, Feb 14, 12:28 PM

  

**Henrietta**





**Black Drunk Man Gose Of On Police**
youtube.com

Ay, ay

Hahahaha

Tue, Mar 7, 9:06 AM

 

store.bookbaby.com

Tue, Mar 7, 12:43 PM

I can't wait till finish

I can't wait until I get off to buy it

Hahaha 

    

 ••○○○ Verizon  5:48 PM  


Henrietta

Tue, Mar 7, 7:44 PM

It won't let me purchase it's saying I have an account but I can't remember the password and it won't let me create another account and no money on my credit card

Weird! Try Amazon. It's up there too

Sun, Mar 19, 12:15 PM

Good afternoon, can u call me when u get a chance

I can. I'm sick so I sound like total poo, just a warning

Sun, Mar 19, 9:05 PM

indeed.com 

Oh the memories

Mon, Mar 20, 7:54 PM



I forgot got to tell the judge to read

    

●●○○○ Verizon  5:48 PM



Henrietta

Sun, Mar 19, 9:05 PM

indeed.com

Oh the memories

Mon, Mar 20, 7:54 PM



I forgot got to tell the judge to read those reviews



Fri, Mar 24, 1:44 PM

Can I call you sometime today? I need some wedding advice

Yes ma'am

When are you free

Anything, I'm off today

Girl...

**Henrietta**

Wed, Apr 5, 5:54 PM

Can I call you?

Today 8:51 AM

Reachel can u send me those text messages and emails, I'm gonna need it

Mail them? Or email?

Email

Please thanks, I'm in court now

On their way