**Amanda M. Gatti**

| | |
|---|---|
| **From:** | Barry Freeman |
| **Sent:** | Thursday, May 18, 2017 3:15 PM |
| **To:** | Chris Wido; Amanda M. Gatti; Brian Spitz |
| **Cc:** | Gail Richards; Amanda M. Gatti |
| **Subject:** | RE: Wilson/PrimeSource - Discovery |

Sorry Chris.  I forgot about your vacation to Disney (my fault, not Amanda's).  We don't ruin people's vacations, and you deserve a break.

Let's call it June 2nd instead of next Monday.  (But do understand if we don't resolve it by 6/2, we will quickly file our motion.)

Have a fantastic time with the family in Disney.  And don't work!

Barry


**Barry Y. Freeman**
**Partner**
**Buckingham, Doolittle & Burroughs, LLC**
**1375 E. 9th Street, Suite 1700**
**Cleveland, OH 44114**

**d:   216.736.4223**
**f:    216.615.3023**
**c:   216.410.2844**

bfreeman@bdblaw.com
bdblaw.com



Download my VCard
View my Biography

**Privacy Notice**

**From:** Chris Wido [mailto:Chris.Wido@spitzlawfirm.com]
**Sent:** Thursday, May 18, 2017 3:08 PM
**To:** Amanda M. Gatti; Brian Spitz
**Cc:** Barry Freeman; Gail Richards; Amanda M. Gatti
**Subject:** Re: Wilson/PrimeSource - Discovery

Amanda,

You are going to have to give us more than two days to respond. As Barry well knows, I am going to be on vacation from tomorrow through 5/30. You are not giving us enough time.

Chris

Get Outlook for Android

---

**From:** Amanda M. Gatti <agatti@bdblaw.com>
**Sent:** Thursday, May 18, 2017 3:05:08 PM
**To:** Chris Wido; Brian Spitz
**Cc:** Barry Freeman; Gail Richards; Amanda M. Gatti
**Subject:** Wilson/PrimeSource - Discovery

Chris and Brian,

Please find the attached correspondence regarding discovery. I look forward to your response.

Kind regards.
AMG


**Amanda M. Gatti**
**Buckingham, Doolittle & Burroughs, LLC**
**1375 E. 9th Street, Suite 1700**
**Cleveland, OH 44114**

**d:  216.615.7303**
**f:   216.615.3003**

**agatti@bdblaw.com**
**bdblaw.com**



**B U C K I N G H A M**


**Privacy Notice**