UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------

| | : | |
|---|---|---|
| HENRIETTA WILSON, et al., | : | CASE NO. 1:16-cv-1298 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | OPINION & ORDER |
| | : | [Resolving Doc. 288] |
| PRIME SOURCE HEALTHCARE | : | |
| OF OHIO, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court previously issued an order resolving a settlement dispute that arose during the memorialization of the parties' settlement.[1] The parties have now filed a proposed settlement agreement that they state comports with the Court's previous order.[2] After reviewing the parties' proposed agreement, the Court finds that the agreement follows the Court's instructions from its previous order. The Court therefore **APPROVES** the parties' proposed settlement agreement. FURTHER, the Court retains continuing jurisdiction to resolve any further disputes that arise concerning this settlement agreement.[3]

IT IS SO ORDERED

Dated: May 14, 2018        *s/    James S. Gwin*
                           JAMES S. GWIN
                           UNITED STATES DISTRICT JUDGE

---

[1] Doc. 286.
[2] *See* Doc. 288 (proposed settlement agreement).
[3] *See* *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).